# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FISTON NGOY, | : | No. 3:18cv1584 |
|     Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| CLAIR DOLL, et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, to wit, this 15th day of May 2019, it is hereby ordered as follows:

1. We **DECLINE TO ADOPT** Magistrate Judge William Arbuckle's report and recommendation (Doc. 11);

2. Petitioner Fiston Ngoy's petition for a writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**;

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  **BY THE COURT:**

                                                  **s/ James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**